```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 19717
    SHARON R MCCULLOUGH
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-9170

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/20/2008 and was confirmed 06/18/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

     The case was dismissed after confirmation 10/20/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
RICHARD M FOGEL            NOTICE ONLY     NOT FILED            .00            .00
MERRICK BANK               UNSECURED        3390.49             .00            .00
BANK FINANCIAL FSB         CURRENT MORTG       .00              .00            .00
CHASE MANHATTAN            SECURED             .00              .00            .00
LVNV FUNDING               UNSECURED       16004.60             .00            .00
SIR FINANCE                UNSECURED        1288.00             .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED         249.88             .00            .00
B-REAL LLC                 UNSECURED         213.00             .00            .00
APPLIED CARD BANK          UNSECURED       NOT FILED            .00            .00
CAPITAL ONE BANK           UNSECURED       NOT FILED            .00            .00
CAPITAL ONE BANK           UNSECURED       NOT FILED            .00            .00
FINGERHUT                  UNSECURED       NOT FILED            .00            .00
NCO-MEDCLR                 NOTICE ONLY     NOT FILED            .00            .00
MCI                        UNSECURED       NOT FILED            .00            .00
ALLIED INTERSTATE          NOTICE ONLY     NOT FILED            .00            .00
ALLIED INTERSTATE          UNSECURED       NOT FILED            .00            .00
OSI COLLECTION SERVICES    NOTICE ONLY     NOT FILED            .00            .00
SPRINT                     UNSECURED       NOT FILED            .00            .00
ANDERSON FIN NETWORK       NOTICE ONLY     NOT FILED            .00            .00
UNIMED LTD                 UNSECURED       NOT FILED            .00            .00
MEDICAL BUSINESS BUREAU    NOTICE ONLY     NOT FILED            .00            .00
WELLS FARGO FINANCIAL BA   UNSECURED         893.17             .00            .00
RECOVERY MANAGEMENT SYST   UNSECURED         177.01             .00            .00
RECOVERY MANAGEMENT SYST   UNSECURED         493.68             .00            .00
RECOVERY MANAGEMENT SYST   UNSECURED         129.59             .00            .00
COTTAGE EMERGENCY PHYSIC   UNSECURED       NOT FILED            .00            .00
HELLER & RICHMOND~         DEBTOR ATTY         .00                             .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                           150.00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 19717 SHARON R MCCULLOUGH
```

```
                              RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                        150.00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                         150.00
                              ---------------   ---------------
TOTALS                         150.00                 150.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 01/26/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
         CASE NO. 07 B 19717 SHARON R MCCULLOUGH